FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 28 2016

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| HAMID PEZESHK, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 4:16-cv-428-BRW |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| X PRODUCTS, LLC; and | ) |
| JAMES MALARKEY, Individually, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION PRO HAC VICE OF BOBBY W. BRAXTON

Comes now the Defendants, X Products, LLC and James Malarkey, by and through their attorney, and for their Motion for Admission Pro Hac Vice of Bobby W. Braxton, state as follows:

1. Bobby W. Braxton is licensed to practice law in the State of Texas and is a member in good standing. Mr. Braxton is also admitted to practice in the U.S. District Courts for the Eastern and Northern Districts of Texas. Mr. Braxton is a member of the firm Braxton, Hilton & Perrone, PLLC in Plano, Texas.

2. Mr. Braxton requests admission *pro hac vice* pursuant to Local Rule 83.5(d) at this time for purposes of appearing in this action and responding to a motion for temporary restraining order in this action, which is set for a hearing before the Court on June 29, 2016.

3. Defendants request that in view of the limited time in which Defendants may respond to the pending motion for temporary restraining order and appear at the hearing, Mr. Braxton be admitted and proceed without designation of local counsel for the purposes of responding to the pending motion. Mr. Braxton affirms the Local Rules of the United States

District Court for the Eastern and Western Districts of Arkansas and submits to the jurisdiction of the Court in matters of discipline.

WHEREFORE, the Defendants respectfully request that this motion for admission *pro hac vice* of Bobby W. Braxton be granted.

Dated: June 27, 2016                                Respectfully submitted,

/s/ Bobby W. Braxton
Bobby W. Braxton
Texas Bar. No. 24059484
braxton@bhp-ip.com
**BRAXTON, HILTON & PERRONE, PLLC**
4975 Preston Park Blvd., Suite 490
Plano, Texas 75093
Phone: (469) 814-0028
Fax: (469) 814-0023

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been served on counsel of record on this 27th day of June, 2016 by U.S. Mail as follows:

Rashauna Norment
RASHAUNA NORMENT LAW FIRM, PLLC
P.O. Box 30309
Little Rock, Arkansas 72260

Bobby W. Braxton