### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**HAMID PEZESHK**                                                                          **PLAINTIFF**

**vs.**                                            **4:16CV00428-BRW**

**X PRODUCTS, LLC,** *et al*                                                               **DEFENDANT**

### INITIAL SCHEDULING ORDER

Pursuant to the initial appearance entered in this case on June 28, 2016, the following deadlines and proposals are in effect:

**(1) Rule 26(f) Conference Deadline:**        **September 6, 2016**

The parties are jointly responsible for holding their Rule 26(f) conference on or before September 5, 2016.

**(2) Rule 26(f) Report Due Date:**        **September 19, 2016**

Consult FRCP 26(f) and Local Rule 26.1 for information to be included in the Rule 26(f) Report.  The Joint Report should be filed with the Clerk of Court.

**(3) Proposed Trial Date:**        **April 11, 2017**
                                                  **500 West Capitol, Courtroom A401**
                                                  **Little Rock, Arkansas 72201**

**(4) Rule 16(b) Conference (if needed):**        **September 26, 2016**

A telephone conference, <u>at the request of the parties</u>, will be held September 26, 2016, if needed, to resolve any conflicts among the parties with deadlines, the proposed trial date, mandatory disclosures, etc.  <u>If the parties can agree on all issues in the Rule 26(f) Report and the trial date proposed by the Court, then the telephone conference scheduled for  September 26, 2016 will be unnecessary</u>.

**(5) Final Scheduling Order:**          <u>**Will be issued on or before October 3, 2016**</u>

A Final Scheduling Order will be issued on or before October 3, 2016, confirming the trial

date of April 11, 2017, setting directions, and resolving any disputes taken up at the telephone

conference.

<u>If the parties want a Protective Order entered, they must first contact the law clerk assigned

to the case</u>.

<u>It will be the responsibility of the plaintiff to serve a copy of the Initial Scheduling Order on

any defendant who makes an appearance after the Initial Scheduling Order has been filed.</u>

<u>It will be the responsibility of the party filing a new claim after the date of the Initial

Scheduling Order to immediately serve a copy of the Initial Scheduling Order on new defendant(s)</u>.

IT IS SO ORDERED June 29, 2016.

AT THE DIRECTION OF THE COURT

/s/ Melanie Beard
Courtroom Deputy